■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY H. MANRY, Appellant. [823 NYS2d 706]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Steuben County Court, Marianne Furfure, J.—Contempt, 1st Degree). Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUDOLPH McCASKILL, Appellant. [823 NYS2d 705]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Richard A. Keenan, J.—Criminal Possession Controlled Substance, 2nd Degree). Present—Hurlbutt, A.P.J., Scudder, Gorski, Centra and Green, JJ.